(173 App. Div. 858)

### McCREADY v. LARKIN et al.

(Supreme Court, Appellate Division, First Department. July 10, 1916.)

Appeal from Special Term, New York County.

Action by Nathaniel L. McCready against Edward L. Larkin, impleaded, etc. From an interlocutory judgment sustaining a demurrer to certain defenses and to a counterclaim, said named defendant appeals. Modified and affirmed.

Argued before CLARKE, P. J., and McLAUGHLIN, SCOTT, DOWLING, and DAVIS, JJ.

John T. Dooling, of New York City, for appellant.
Robert Kelly Prentice, of New York City, for respondent.

DOWLING, J. The answer of the defendant is identical with that of his codefendant, John A. Larkin, save that it contains no counterclaim; this defendant having assigned his interest in the $2,500 demanded under the counterclaim to John A. Larkin. For the reason assigned in the opinion on the appeal of John A. Larkin, 160 N. Y. Supp. 306, the judgment appealed from will be modified, by decreeing that the fourth and eighth defenses contained in the second amended answer of the defendant Edward L. Larkin are sufficient in law upon the face thereof, and overruling the demurrers thereto, and in other respects affirmed, with costs to appellant. The conclusions of law in the decision will be modified accordingly. All concur.